THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD WILLIAMS, Appellant.

Submitted September 26, 2005; decided October 20, 2005

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 45 West 45th Street, 7th Floor, New York, NY 10036 assigned as counsel to the appellant on the appeal herein.

In the Matter of ROZELLE TYRONE LEE P., Also Known as ROSELLE P., a Child Alleged to be Neglected and/or Abused. NANCYROSE C., Also Known as NANCYROSE J., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent.

Submitted August 8, 2005; decided October 20, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

FREDERICK SIEMON, Appellant, v KRISTEN USETED, Respondent.

Submitted July 25, 2005; decided October 20, 2005

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.